UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS,<br><br>                     Plaintiff,<br><br>v.<br><br>KENNETH MOULTRY,<br><br>                     Defendant. | Case No.: 19cv1743-JAH (KSC)<br><br>**ORDER VACATING HEARING** |

After careful review, the Court deems Plaintiff American Registry of Radiologic technologists' motion for default judgment (Doc. No. 11), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion is taken under submission without oral argument and the hearing set for March 30, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED**

DATED: March 18, 2020

_____
Hon. John A. Houston
United States District Judge

1